UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60049-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH ANTHONY RUBBO,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, October 8, 2009**, at **10:30 a.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of June, 2009.

**copy furnished:**
AUSA Jeffrey Kaplan
Alvin Entin, Esq.
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge